UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ALYXANDER EDDY<br>Plaintiff,<br><br>v.<br><br><br>FRANK J. BISIGNANO, Commissoner of the Social Security Administration<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br><br>No. 5:25-CV-422-KS |

**Decision by Court.**

This action came before the Honorable Kimberly A. Swank, United States Magistrate Judge, for consideration of the parties cross briefs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on August 21, 2026, and for the reasons set forth more specifically therein, that plaintiff's brief is granted. This matter is remanded to defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on August 21, 2026, and Copies To:**
Bryan Konoski (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)

August 21, 2026

PETER A. MOORE, JR., CLERK

*/s/ Lisa W. Lee*
(By) Lisa W. Lee, Deputy Clerk